RE: _Diovani Meller_ ☐ PRO SE   Case # _14 15671 RAM_

## TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

_____ Corp 2011 2012 2013
✓ Bank Account Statements ☑ 3 months pre-petition
_Banco do Brasil 1/11 - 3/11_
_#0499 1/11 - 3/11_

___ Check copy _____

✓ FMV (NADA/Carmax), Reg and Payoff : Vehicles
___ FMV and Payoff : Real Estate
___ Non homestead Information Sheet
___ Wage deduction order or motion to waive

**BUSINESS DEBTOR DOCUMENTS**
✓ BDQ & attachments
✓ Profit and loss and Balance Sheet
✓ Bank statements and all checks _____ months

✓ ☑ Photo ID(s) ☑ LF 90 ☐ LF67 ☐ LF10
___ Domestic Support Info: name address and phone
___ Affidavits of _____ support _____ rent
✓ Missing ☐ 2016(B), ☑ Other _Life ins policy_
✓ Other provisions ☑ IVL ☐ 100% ☐ lawsuit ☐ lease
                    ☐ gambling ☐ HAMP ☐ LMM

___ Calculation errors/improper months _____
✓ Valuation motion  ☑ not filed  ☐ not resolved
___ LMM motion     ☐ not filed
___ Reaffirm, redeem or surrender Sch D & G creditor
___ Creditor on plan not listed in Schedules or filed POC

___ Object or Conform to Proof of Claim _____
___ Miami-Dade County    ___ Tax Certificate(DE# __)
___ Dept of Revenue       ___ IRS

X Fee application (see court guideline 6) _Provide Calc of_
X Income understated _____ stubs _____ taxes _income_
___ co-debtor _____ stubs _____ taxes _and_
___ Spouse's pay advices/spouse's wages not disclosed _support_
___ Proof of household size (government ID w/ address)
    and income of all adults
___ Best effort < 36 months < 60 months
⊘ Expenses objectionable: Sch J ☐ Provide Proof
_6c d - Trustee objects to $380 for TV and $200 for phones_
___ D/I > 100%  < 90%  Feasibility
✓ Info on transfer SOFA #3 #10 _undisclosed_
___ Tolling Agreement(s)  _3 cars_

___ Objection to Exemption (specifics to be filed)
    To be heard with confirmation at 1:30 pm
___ Ch 7 s/b _____ plus tax refund / valuations
___ Good faith to unsecured
___ Expenses: documentation/calculation: CMI line

___ CMI/DI _____ x 60 = _____
☐ Plus income/expenses issues ☐ Trustee est. $ _____
___ Undervalued collateral should be crammed down

Other: _Proof of Bare legal title - provide proof of all pymts for Both Cars_
_Amend SOFA to disclose 3 cars sold / $3000.00 - proof_
_Explain $6,000/m income on Sch I if Debtor is unemployed - why does amount differ on CMI_

The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee (15 days before confirmation hearing) may not be considered or reviewed until the next hearing date. 5pm refers to the end of business on the hearing date.

**IMPORTANT NOTICE: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION STATED BELOW, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.**
*The debtor or debtor's attorney must appear at the confirmation hearing*

***The Trustee's recommendation for the confirmation hearing on  August 12, 2014  is as follows:
Continue to 9/16
14-15671
For 9/16 calendar, the following does must be received by 5PM on 8/28 to avoid dismissal: a) bank stmts Banco do Brasi (1/11-3/11) & #0499 (1/11-3/11), b) FMV/payoff of vehicles, c) BDQ, profit/loss and balance sheet & 3month business bank stmts, d) fee application, e) provide calculation of income & support, f) expenses objectionable Sch J #6c/d, g) amend SOFA #10 re: 3 cars sold $3000.00 & provide proof, h) DL, i) LF90, j) provide life ins policy, k) amend plan to include IVL, l) file motion to value and set for hearing, m) proof of BLT, provide proof of all pymts for both cars, n) explain $6000.00/m income of Sch I (unemployed) & why does amount differ on CMI

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by,
NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027, (954) 443-4402